UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YUGESH NARAYAN,

                            Plaintiff(s),

-against-

SONNY'S COLLISION SPECIALISTS, INC.
and
FRANK SHIAVONE,

                            Defendant(s).

CASE NO.
1:20-cv-02624-BMC

**NOTICE OF VOLUNTARY DISMISSAL**

ECF Case,

---

**PURSUANT TO** Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, YUGESH NARAYAN, hereby dismisses without prejudice this action against Defendants, SONNY'S COLLISION SPECIALISTS, INC. and FRANK SHIAVONE.

Dated: New York, NY
         July 21, 2020

By: _____
    Lawrence Spasojevich, Esq.
    *Counsel for the Plaintiffs*
    Aidala Bertuna & Kamins, P.C.
    546 Fifth Avenue, 6th Floor
    New York, New York 10036